# James R. Grdina

14243 N. 14th Drive
Phoenix, Arizona 85023
(602) 741-4321 Cell

February 15, 2006

**Jacob & Co.**
48 E. 57th Street
New York, NY 10022
**Attention: Jacob**

**RE: Limited Edition 1/1 Platinum JC-JG 47mm Diamond Watch w/ Platinum Diamond Bracelet**

Please find enclosed a check in the amount of $55,000 for the balance in full for the purchase of the above-referenced Watch. As agreed, I have listed the specifics of this watch for your reference:

- ✓ Platinum JC 47mm Diamond Case w/ Skeleton Back
- ✓ Platinum Pave Diamond Dial laid out like the Baguette Watch, including the hands, but with a date window
- ✓ Automatic Movement for Center Time
- ✓ Platinum JC Linky Diamond Bracelet w/ much thicker Links and the 2nd and 4th Links smoothed to match the other Links
- ✓ Collection Diamonds (VVS D) only set on the entire Watch
- ✓ Platinum Bezel - 10ct. White Diamond Channel Set
- ✓ Platinum Bezel - 10ct. Fancy Yellow Intense/V Diamond Channel Set
- ✓ Platinum Bezel - 10ct. Cognac Diamond Channel Set
- ✓ Platinum Bezel - 10ct. Blue Diamond Channel Set
- ✓ Rose Cut Diamonds on the 4 Buttons and the Crown

I certainly look forward to receiving this spectacular Watch. Thank you again for your consideration in this exchange.

Regards,


P.S. Find it in your heart to include the Black Diamond Bezel to complete this fine collection.

EXHIBIT A

# GARY L. CRANDELL, P.C.
ATTORNEY AT LAW
P.O. Box 24266
DENVER, COLORADO 80224
gcrandellpc@qwest.net

GARY L. CRANDELL, ESQ.

TELEPHONE:(303) 322-0101
FACSIMILE: (303) 753-6056

August 31, 2006

**VIA OVERNIGHT DELIVERY**

Jacob Arabo
Jacob & Co.
48 East 57th Street
New York, NY 10022

Re: James R. Grdina; Limited Edition 1/1 Platinum JC-JG 47mm Diamond Watch with Platinum Diamond Bracelet

Dear Mr. Arabo:

Be advised that I represent Jim Grdina with respect to his contract to purchase the above-described custom watch. I have been advised by my client that on or about February 15, 2006 Mr. Grdina entered into a contract with Jacob & Co. for the fabrication, purchase and sale of this custom piece according to detailed specifications and instructions regarding design, size, quality and grade. Mr. Grdina paid $175,000 in advance for the purchase of his watch. However, Jacob & Co. has failed to perform as agreed and is in breach.

On or about June 28, 2006, Mr. Grdina received a watch which was identified to the contract. However, that watch did not comply in numerous, material respects with the specifications of his order. Mr. Grdina immediately notified your company of his rejection of this non-conforming tender. Despite immediate notice of rejection, as well as ample opportunity to correct the substantial non-conformities, Jacob & Co. has failed to perform under the contract and has refused to refund the purchase price. Numerous electronic communications have been exchanged on this issue. On Saturday, August 12, 2006, Mr. Grdina returned the watch to Jacob & Co., which is now in possession of both the rejected watch and the purchase price. Even after return of the rejected watch, Jacob & Co. has failed and refused to refund the purchase price or otherwise perform under the contract.

Pursuant to Article 2 of the Uniform Commercial Code, you are hereby advised that Mr. Grdina has elected to cancel this contract, and does hereby demand a full refund of the amount paid. Payment in full of $175,000 shall be made on or


EXHIBIT B

before September 11, 2006 or an action will be filed for the recovery of the purchase price and all other damages suffered by my client, including without limitation all interest, costs and attorney fees permitted by law.

Your immediate attention in this matter is anticipated.

Sincerely,

Gary L. Crandell

cc: James R. Grdina (via e-mail)